

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/26/2013 10:45 AM

COURTROOM 6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:12-bk-17284-CCJ | 13 | 12/31/2012 |

Chapter 13

**DEBTOR:** Craig West

Nadia Gonzalez-Gomez

**DEBTOR ATTY:** Paul Urich

**TRUSTEE:** Laurie Weatherford

**HEARING:**

Confirmation Hearing

First Amended Chapter 13 Plan (Doc #34)
Note: Related Case: 12-bk-05106-6J3, Dismissed 12/28/12; 03-bk-05439-6J7 (debtor), Discharged 9/5/03

**APPEARANCES:**:
Laurie Weatherford: Trustee
Paul Urich: D'or Atty

**RULING:**
Confirmation Hearing - First Amended Chapter 13 Plan (Doc #34) - Confirmed: Order by Trustee.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.