THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: CRAIG STEVEN WEST<br>NADIA PAOLA GONZALEZ-WEST<br><br>Debtor(s). | Case No.: 6:12-BK-17284-KSJ |

## MOTION TO VACATE ORDER TO EMPLOYER TO DEDUCT AND REMIT AND FOR RELATED MATTERS (Doc No. 19)

COMES NOW the debtor(s), Craig and Nadia West, by and through the undersigned attorney, and shows:

1. On February 4, 2013, the court entered an Order Granting Motion for Order to Employer to Deduct and Remit Payments (Department of Homeland Security) (Doc No. 12).

2. The debtor wishes to cease the Wage Deduction.

3. That no prejudice will result in vacating the said order.

WHEREFORE, debtor(s) pray this honorable court will vacate the Order to Employer to Deduct and Remit and for Related Matters.

        Respectfully Submitted,

        LAW OFFICES OF PAUL L. URICH, P.A.

BY:  /s/ Paul L. Urich, Esq._____
       Paul L. Urich, Esq. Esquire
       1510 East Colonial Drive, Suite 204
       Orlando, Florida 32803
       Telephone: (407) 896-3077
       Telecopy: (407) 896-3041
       Florida Bar No.: 0088780
       Attorney for the Debtor

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| In re: CRAIG STEVEN WEST<br>NADIA PAOLA GONZALEZ-WEST<br><br>Debtor(s). | Case No.: 6:12-BK-17284-KSJ |
|---|---|

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION TO VACATE AMENDED ORDER TO EMPLOYER TO DEDUCT AND REMIT AND FOR RELATED MATTERS has been furnished by U.S. Mail to the Laurie Weatherford, P.O. Box 3450, Winter Park, FL 32790 and Department of Homeland Security, DHS/ICE/Dallas HR Service Center, Attn: Payroll Department, 7701 N. Stemmons Freeway, 6th Floor, Dallas, TX 75247..

LAW OFFICES OF PAUL L. URICH, P.A.

BY: /s/ Paul L. Urich, Esq._____
Paul L. Urich, Esq. Esquire
1510 East Colonial Drive, Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy: (407) 896-3041
Florida Bar No.: 0088780
Attorney for the Debtor