THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br>Craig Steven West<br>Nadia Paola Gonzalez-Gomez<br>    Debtor(s). | Case No.: 6:12-bk-17284-CCJ |

## ORDER GRANTING DEBTORS MOTION TO VACATE ORDER TO EMPLOYER TO DEDUCT AND REMIT AND FOR RELATED MATTERS
### (Doc No. 40)

THIS MATTER CAME ON for consideration on the Debtor(s) Motion to Vacate Order to Employer to Deduct and Remit and for Related Matters. The Court having been advised of the premises upon which the motion was filed, and being satisfied of the merits to the motion, said motion is GRANTED.

It is ordered that:

1. The Order to Employer to Deduct and Remit and for Related Matters is vacated.

2. The Debtor(s) employer, Department of Homeland Security is ordered to stop the Wage Deduction immediately.

3. Any funds being held by the employer should be returned to the Debtor(s).

DONE and ORDERED in Orlando, Florida, this 6th day of August, 2013

_____
**CYNTHIA C. JACKSON**
United States Bankruptcy Court Judge

Attorney Paul L. Urich is directed to serve a copy of this order on the interested parties and file a proof of service within 3 days of entry of the order.